# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARTHA JANE GUICHARD AND
NICHOLAS GUICHARD

NO.   2022 CW 0672

VERSUS

GERARD J. GIANOLI, M.D.,
HOSPITAL SERVICE DISTRICT #1
OF TANGIPAHOA PARISH D/B/A
NORTH OAKS MEDICAL CENTER

**SEPTEMBER 12, 2022**

---

In Re:    Martha Jane Guichard, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20190000472.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.**   We hereby vacate the trial court's May 19, 2022 judgment that granted the motion to enforce discovery order and renewed motion to compel filed by defendants Norian Corporation and Depuy Synthes Sales, Inc., as we find the trial court abused its discretion in finding the common interest privilege under La. Code Evid. art. 506(B)(3) could not apply between plaintiff, Martha Jane Guichard, and defendant, Gerald J. Gianoli.  See **St. Bernard Port, Harbor & Terminal Dist. v. Violet Dock Port, Inc.**, 2014-0286 (La. App. 4th Cir. 8/27/14), 147 So.3d 1266, 1268, <u>writ denied</u>, 2014-2019 (La. 10/31/14), 152 So.3d 160 and **Turbine Generation Services LLC v. General Electric Co.**, 2020 WL 1243539 (W.D. La. 3/13/20), *3-5.   We therefore remand to the trial court with instructions to order the parties to provide the documents being withheld for an in camera inspection by the trial court to determine whether there are any matters on which the plaintiff, Martha Jane Guichard, and defendant, Gerald J. Gianoli, are aligned such that the common interest privilege applies to prevent the production of communications between the parties themselves (plaintiff, Martha Jane Guichard and defendant Gerald J. Gianoli) and/or their current and former counsel.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sw

---
DEPUTY CLERK OF COURT
FOR THE COURT